# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

PALOMAR GRADING AND PAVING, INC. and the USA A CALIFORNIA CORPORATION, AND THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PALOMAR GRADING AND PAVING, INC.

vs

WESTERN INSURANCE COMPANY and CORNERSTONE BUILDING GROUP

FILED
08 MAR 20 PM 12: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL ACTION 
Case No.                                    DEPUTY

**'08 CV 521   JAH WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stuart D. Hirsch, Esq.
2150 W. Centre City Parkway
Escondido, CA 92026

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | MAR 2 0 2008 |
|---|---|
| CLERK | DATE |

By J. HINKLE, Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

..ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)