08 CV 521 JAH WMc

<u>Palomar Grading and Paving, Inc. et al. vs. Western Insurance Co. et al.</u>

PROOF OF SERVICE BY MAIL

I, Brianne Vernon, the undersigned, hereby certify and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is Casas Law Group, P.C. 2323 Broadway, Suite 202, San Diego, CA 92102, telephone (619) 692-3146, facsimile (619) 692-3196. On April 30, 2008, I served a true copy of the foregoing documents titled exactly:

1. DEFENDANT CORNERSTONE BUILDING GROUP'S AMENDED NOTICE OF PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS;

By filing it electronically with the District Court's Electronic Case Files (ECF) system.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of April 2008 at San Diego, California.

_____
Brianne Vernon