1  Joseph N. Casas (SBN 225800)
   Tamara M. Craft (SBN 234419)
2  CASAS LAW GROUP, P.C.
   2323 Broadway St. Suite 202
3  San Diego, CA 92102
   Phone: (619) 692-3146
4  Facsimile: (619) 692-3196
   Email: joseph@casaslaw.com
5

6  Attorneys For Defendant
   CORNERSTONE BUILDING GROUP
7

FILED
08 MAY -2 AM 9:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: Q
   DEPUTY

APR 29 2008

8                    UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., a California Corporation; and THE UNITED STATES OF AMERICA For The Use And Benefit Of PALOMAR GRADING AND PAVING, INC.;<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN INSURANCE COMPANY, CORNERSTONE BUILDING GROUP,<br><br>Defendants. | CASE NO. 08 CV 521 JAH WMc<br><br>DEFENDANT CORNERSTONE BUILDING GROUP'S NOTICE OF PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS |

19  TO THE PLAINTIFF NAMED ABOVE:

20       TAKE NOTICE that a hearing will be held on the attached Petition to Compel
21  Mediation at Courtroom ___ of Courthouse for the United States District Court for the
22  Southern District of California, which is located at 940 Front Street in San Diego,
23  California. The hearing will be held on _____, 2008, at _____ or as soon
24  thereafter as the Court's schedule will permit.
25       At the hearing, the court shall hear the parties. If the Court is satisfied that the
26  making of the agreement to mediate, or the failure to comply with it, is not in dispute, the
27  Court will make an Order directing the parties to proceed to arbitration in accordance
28  ///

CBG'S NOTICE OF PETITION TO COMPEL MEDIATION AND STAY PROCEEDINGS

CASASLAWGROUP

1  with the terms of the agreement shown in the accompanying Petition to Compel
2  Mediation.
3      The decision of the Court will be based on this document, the attached Petition to
4  Compel Mediation and Stay Proceedings, the Supporting Affidavit of Joseph N. Casas,
5  the Supporting Memorandum of Law, and on whatever argument and evidence may be
6  presented at the hearing of this matter.
7
8      Respectfully submitted,
9  Dated: 4/29/08     CASAS LAW GROUP, P.C.

By: Joseph N. Casas / Tamara M. Craft
Attorneys for Defendant
Cornerstone Building Group