1  STUART D. HIRSCH, ESQ. (SB #142641)
   General Counsel
2  2150 N. Centre City Pkwy.
   Escondido, CA 92026
3  Telephone: (760) 781-3658
   Facsimile: (760) 466-2396
4  Email: shirsch@emeraldfg.com

5  Attorney for Plaintiff,
   PALOMAR GRADING AND PAVING, INC.
6

7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., a California Corporation, and THE UNITED STATES OF AMERICA For The Use And Benefit of PALOMAR GRADING AND PAVING, INC.<br><br>Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY, and CORNERSTONE BUILDING GROUP<br><br>Defendants. | Case No.: 08 CV 521 JAH WMc<br><br>**NOTICE OF RELATED CASE FILED AGAINST THE DEFENDANTS IN CASE NUMBER 08 CV 0603 L (BLM)** |

**PLEASE TAKE NOTICE** that this case is directly related to, and involves the same series of occurrences and many of the same parties as, an action filed by against the Defendants in United States District Court, for the Southern District of California, case number 08 CV 0603 L (BLM).

Date: May 14, 2008

                                s/ STUART D. HIRSCH, ESQ.
                                Attorney for Plaintiff PALOMAR
                                GRADING AND PAVING, INC.

///

///

///

1
NOTICE OF RELATED CASE FILED BY PALOMAR GRADING AND PAVING, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is 2150 N Centre City Parkway, Escondido, CA 92026. A copy of the foregoing Notice of Related Case Filed Against the Defendants in Case Number 08 CV 063 L (BLM) was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

May 14, 2008

*Monica Marty*
Monica Marty
Legal Assistant to Stuart Hirsch

\\pre-server\USERS\StuHir\Active Cases\Cornerstone\Pleadings\5 13 08 Not Rltd Case.wpd