```
 1  STUART D. HIRSCH, ESQ. (SB #142641)
    General Counsel
 2  2150 N. Centre City Pkwy.
    Escondido, CA  92026
 3  Telephone:  (760) 781-3658
    Facsimile:  (760) 466-2396
 4  Email: shirsch@emeraldfg.com

 5  Attorney for Plaintiff,
    PALOMAR GRADING AND PAVING, INC.
 6
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PALOMAR GRADING AND PAVING, INC., a California Corporation, and THE UNITED STATES OF AMERICA For The Use And Benefit of PALOMAR GRADING AND PAVING, INC.<br><br>     Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY, and CORNERSTONE BUILDING GROUP<br><br>     Defendants. | Case No.: 08 CV 521 JAH WMc<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PALOMAR GRADING AND PAVING, INC.** |
|---|---|

PALOMAR GRADING AND PAVING, INC., does not have any parent corporation or any publicly held corporation that owns any of its stock to disclose under Rule 7.1.

Date: May 14, 2008

                              s/ STUART D. HIRSCH, ESQ.
                              Attorney for Plaintiff, PALOMAR
                              GRADING AND PAVING, INC.

///

///

///

///

1

RULE 7.1 DISCLOSURE STATEMENT OF PALOMAR GRADING AND PAVING, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is 2150 N Centre City Parkway, Escondido, CA 92026. A copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT OF PALOMAR GRADING AND PAVING, INC. was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system

May 14th, 2008

*Monica Marty*
Monica Marty
Legal Assistant to Stuart Hirsch

C:\Documents and Settings\monmar\Desktop\5 13 8 Rule 7.1.wpd