STUART D. HIRSCH, ESQ. (SB #142641)
General Counsel
2150 N. Centre City Pkwy.
Escondido, CA 92026
Telephone: (760) 781-3658
Facsimile: (760) 466-2396
Email: shirsch@emeraldfg.com

Attorney for Plaintiff,
PALOMAR GRADING AND PAVING, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., a California Corporation, and THE UNITED STATES OF AMERICA For The Use And Benefit of PALOMAR GRADING AND PAVING, INC.<br><br>Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY, and CORNERSTONE BUILDING GROUP<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No.: 08 CV 521 JAH WMc<br><br>**RESPONSE IN OPPOSITION (qualified) OF PALOMAR GRADING AND PAVING, INC. REGARDING PETITION TO COMPEL MEDIATION; DECLARATION OF STUART D. HIRSCH**<br><br>DATE: JUNE 9, 2008<br>TIME: 2:30 P.M.<br>COURTROOM: 11<br>JUDGE: HON. JOHN A. HOUSTON |

PALOMAR GRADING AND PAVING, INC., respectfully submits the following Qualified Opposition Brief regarding the Petition to Compel Mediation filed by defendant CORNERSTONE BUILDING GROUP. This pleading is submitted out of an abundance of caution, primarily because the Petition remains calendar for hearing, even though it has been rendered moot by the scheduling and notice of an Early Neutral Evaluation Conference in this matter.

Although there is a typographical error in the Notice referencing "Arbitration", as can be seen from the Declaration of Stuart D. Hirsch filed in support of this Brief, Joseph Casas has specifically admitted that the Petition only seeks Mediation. As the Petition only seeks Mediation, and an Early Neutral Evaluation Conference has been scheduled in this matter, the Petition to Compel Mediation

1  will be rendered moot by attendance at the Conference on June 5, 2008. For this reason, if not taken
2  off calendar prior to that time, the Petition will have been rendered moot prior to the hearing of this
3  Petition on June 17, 2008..

5  Date: May 22, 2008

6                          s/ STUART D. HIRSCH, ESQ.
                           Attorney for Plaintiff, PALOMAR
7                          GRADING AND PAVING, INC.

8  ///
9  ///
10 ///
11 ///

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is 2150 N Centre City Parkway, Escondido, CA 92026. A copy of the foregoing RESPONSE IN OPPOSITION (qualified) OF PALOMAR GRADING AND PAVING, INC. REGARDING PETITION TO COMPEL MEDIATION; DECLARATION OF STUART D. HIRSCH was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system

May 22, 2008

Monica Marty
Legal Assistant to Stuart Hirsch

\\pre-server\USERS\StuHir\Active Cases\Cornerstone\Pleadings\5 22 8 Opstn Brf.wpd

STUART D. HIRSCH, ESQ. (SB #142641)
General Counsel
2150 N. Centre City Pkwy.
Escondido, CA  92026
Telephone:  (760) 781-3658
Facsimile:  (760) 466-2396
Email: shirsch@emeraldfg.com

Attorney for Plaintiff,
PALOMAR GRADING AND PAVING, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., a California Corporation, and THE UNITED STATES OF AMERICA For The Use And Benefit of PALOMAR GRADING AND PAVING, INC.<br><br>Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY, and CORNERSTONE BUILDING GROUP<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No.: 08 CV 521 JAH WMc<br><br>**DECLARATION OF STUART D. HIRSCH IN SUPPORT OF RESPONSE IN OPPOSITION (qualified) OF PALOMAR GRADING AND PAVING, INC. REGARDING PETITION TO COMPEL MEDIATION**<br><br>DATE:  JUNE 9, 2008<br>TIME:  2:30 P.M.<br>COURTROOM:  11<br>JUDGE:  HON. JOHN A. HOUSTON |

I, Stuart D. Hirsch, declare as follows:

1)   I am a lawyer who is licensed and admitted to practice law before each of the State and Federal Courts that are located within the state of California.  I am the lawyer representing PALOMAR GRADING AND PAVING, INC., in this matter.  If called upon to testify in regard to the truth of the matters asserted within this Declaration, I could and would competently testify to those matters.

2)   Although there is a typographical error in the Notice referring to "Arbitration," Joseph Casas has specifically agreed that the Petition only seeks Mediation.  Attached hereto as exhibit "A," and incorporated herein by this reference, is a true and correct photocopy of an e-mail exchange that

I had with Joseph Casas on May 14, 2008. As can be seen, in response to my question concerning the typographical error in the Notice, Mr. Casas specifically stated: "we seek mediation, not arbitration."

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. This declaration was executed on this 22nd day of May, 2008, in Escondido, California.

s/ STUART D. HIRSCH, ESQ.
Attorney for Plaintiff, PALOMAR
GRADING AND PAVING, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is 2150 N Centre City Parkway, Escondido, CA 92026. A copy of the foregoing DECLARATION OF STUART D. HIRSCH IN SUPPORT OF RESPONSE IN OPPOSITION (qualified) OF PALOMAR GRADING AND PAVING, INC. REGARDING PETITION TO COMPEL MEDIATION was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system

May 22, 2008

Monica Marty
Legal Assistant to Stuart Hirsch

\\pre-server\USERS\StuHir\Active Cases\Cornerstone\Pleadings\5 22 8 Decl of SDH.wpd

2
DECLARATION OF STUART D. HIRSCH IN SUPPORT OF RESPONSE IN OPPOSITION (qualified)

# Exhibit "A"

### Stuart Hirsch

| | |
|---|---|
| **From:** | Joseph N. Casas [joseph@casaslaw.com] |
| **Sent:** | Wednesday, May 14, 2008 10:26 PM |
| **To:** | Stuart Hirsch |
| **Cc:** | 'Ash Nasseri'; 'Tamara Craft' |
| **Subject:** | RE: Palomar v. Cornerstone |

Stuart,

We seek mediation, not arbitration.

I'll get back to you on your point pertaining to ENEC on June 5.

Thanks.

---

**From:** Stuart Hirsch [mailto:shirsch@emeraldfg.com]
**Sent:** Wednesday, May 14, 2008 9:41 AM
**To:** joseph@casaslaw.com
**Subject:** Palomar v. Cornerstone

Hello Joseph:

I needed some clarification, and also wanted to provide you with an advance copy of the attached document, which I intend to file today. With regard to the clarification, you indicated that your motion scheduled to be heard on June 9 only sought to compel mediation. Unfortunately, on the first page of your "Amended Notice of Petition to Compel Mediation," at line 27, you have asked the court to "make an Order directing the parties to proceed to **arbitration**." Either you need to submit a second amended notice, or I need you to confirm, by return e-mail that I can indicate to the Court that we have agreed that you are only seeking to compel Mediation and not arbitration.

On an obviously related note, we have been ordered to attend mediation (ENEC on June 5). Wouldn't that make your motion moot?

Stuart D. Hirsch
General Counsel
2150 N. Centre City Pkwy
Escondido, CA 92026
Direct- (760) 781-3658
Cell- (760) 807-4791

5/15/2008