UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., et al.<br><br>Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY and CORNERSTONE BUILDING GROUP,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 08cv521 JAH (WMc)<br><br>**NOTICE AND ORDER <u>CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE</u>** |

Due to a conflict in the Court's schedule, the Early Neutral Evaluation presently scheduled for June 5, 2008 at 2:00 p.m. is **CONTINUED** to **<u>June 30, 2008</u>** at **<u>10:00 a.m.</u>** The remainder of the Court's May 7, 2008 Order remains in full force and effect. [Doc. No. 13.]

**IT IS SO ORDERED.**

DATED: May 22, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:
HONORABLE JOHN A. HOUSTON, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD