UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., a California Corporation, and THE UNITED STATES OF AMERICA for the use and benefit of PALOMAR GRADING AND PAVING, INC.<br><br>Plaintiff,<br>v.<br>WESTERN INSURANCE COMPANY AND CORNERSTONE BUILDING GROUP,<br><br>Defendants. | Civil No.08cv521 JAH (WMc)<br><br>**ORDER CONTINUING HEARING DATE AND SETTING SCHEDULE FOR FURTHER BRIEFING ON DEFENDANT CORNERSTONE BUILDING GROUP'S MOTION TO COMPEL MEDIATION AND TO STAY THE PROCEEDINGS**<br>[Doc. No. 10] |

On May 2, 2008, Defendant Cornerstone Building Group filed a motion to compel mediation and stay the proceedings. The motion is set for hearing on June 9, 2008. Plaintiff filed what it refers to as a "qualified" response to the motion on May 22, 2008. Plaintiff believes the Defendant's motion is now moot, because the matter has been set for an Early Neutral Evaluation conference before the Honorable William McCurine, Jr., United States Magistrate Judge. Plaintiff provides absolutely no authority in support of its position that the motion is now moot and fails to address to merits of the motion. Defendant did not file a reply or otherwise respond to Plaintiff's contention.

The Court finds it appropriate to direct the parties to file further briefing in support of their positions. Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall file a supplemental briefing sufficiently supporting its

contention the motion to compel mediation is now moot and shall also address the merits of Defendant's motion **on or before June 13, 2008**.

2. If Defendant wishes to file a reply, the reply shall be filed **on or before June 20, 2008**.

3. The hearing set for June 9, 2008 is **VACATED** and rescheduled to **June 30, 2008**.

DATED: June 3, 2008

JOHN A. HOUSTON
United States District Judge