STUART D. HIRSCH, ESQ. (SB #142641)
General Counsel
2150 N. Centre City Pkwy.
Escondido, CA 92026
Telephone: (760) 781-3658
Facsimile: (760) 466-2396
Email: shirsch@emeraldfg.com

Attorney for Plaintiff,
PALOMAR GRADING AND PAVING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., a California Corporation, and THE UNITED STATES OF AMERICA For The Use And Benefit of PALOMAR GRADING AND PAVING, INC.<br><br>Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY, and CORNERSTONE BUILDING GROUP<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No.: 08 CV 521 JAH WMc<br><br>**RESPONSE OF PALOMAR GRADING AND PAVING, INC., TO PETITION TO COMPEL MEDIATION**<br><br>DATE:  JUNE 30, 2008<br>TIME:  2:30 P.M.<br>COURTROOM:  11<br>JUDGE:  HON. JOHN A. HOUSTON |

PALOMAR GRADING AND PAVING, INC., (hereinafter referred to as "**PALOMAR**") respectfully submits the following Response to the Petition to Compel Mediation filed by defendant CORNERSTONE BUILDING GROUP (hereinafter referred to as "**CORNERSTONE**"). **PALOMAR** does not oppose mediation; however, **PALOMAR** believed and still believes that an Early Neutral Evaluation Conference, now scheduled earlier in the day on June 30, and the authority to order further mediation vested by Local Rule 16.1c2a, should be used to facilitate the mediation which is the subject of the Petition. In view of the related case of <u>Bill Lowe Developments, et al. v. Western Insurance Company, et al.</u>, 08-CV-0603 L(WMc), which is set for an Early Neutral Evaluation Conference the following day July 1, but also before the Honorable William McCurine,

1

1  JR., **PALOMAR** believes that the mediation process built in to Local Rule 16.1 is the best and
2  possibly only way to arrange mediation including all of the interested parties.
3        **PALOMAR** agrees that the subcontract between it and **CORNERSTONE** states "[u]nless the
4  parties agree otherwise, the mediation shall be conducted in accordance with the Construction
5  Mediation Rules of the American Arbitration Association." The problem with merely ordering such
6  a mediation between **PALOMAR** and **CORNERSTONE** is that neither defendant Western
7  Insurance Company, nor the numerous cross-defendants, nor Bill Lowe Developments are parties
8  to that subcontract. Without each of the parties who are already currently scheduled to attend an ENE
9  Conference before Magistrate McCurine, complete relief simply could not result.
10       Although citing authorities involving Arbitration and not Mediation, **PALOMAR** never
11 intended to oppose Mediation; only to indicate a belief that it would become moot. **PALOMAR** was
12 and still is concerned that such a Mediation would be futile in the absence of all of the parties to the
13 related cases currently scheduled for ENE Conferences on June 30 and July 1. Given this concern,
14 **PALOMAR** believes that, at the ENE Conference, the parties should ask Magistrate McCurine to
15 order all parties in both cases to attend mediation pursuant to Local Rule 16.1c2, which states:
16     "If no settlement is reached at the ENE Conference, the judicial officer may do one of
17     the following: a. Refer to non-binding arbitration or mediation to occur within forty-
18     five(45) days (1) any case where the judicial officer believes arbitration or mediation
19     might result in a cost-effective resolution of the lawsuit, and (2) any case with the parties
20     have agreed to arbitration or mediation."
21 It was for this reason that **PALOMAR** tried to alert this Honorable Court of a belief that the Petition
22 would become moot.
23
24 Date: June 12, 2008
25                                     s/ STUART D. HIRSCH, ESQ.
                                      Attorney for Plaintiff, PALOMAR
26                                     GRADING AND PAVING, INC.
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is 2150 N Centre City Parkway, Escondido, CA 92026. A copy of the foregoing RESPONSE OF PALOMAR GRADING AND PAVING, INC., TO PETITION TO COMPEL MEDIATION was served on this date by electronically submitting a copy of the same on the District Court's CM/ECF system

June 12, 2008

*Monica Marty*
Monica Marty
Legal Assistant to Stuart Hirsch

\\pre-server\USERS\StuHir\Active Cases\Cornerstone\Pleadings\8 6 12 Respns Brf.wpd

RESPONSE OF PALOMAR GRADING AND PAVING, INC., TO PETITION TO COMPEL MEDIATION