UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., et al. ) ) ) Plaintiff, ) ) v. ) ) WESTERN INSURANCE COMPANY and ) CORNERSTONE BUILDING GROUP, ) ) Defendants. ) ) ) AND RELATED CROSS-ACTIONS ) | Case No. 08cv521 JAH (WMc)<br><br>**NOTICE AND ORDER <u>VACATING EARLY NEUTRAL EVALUATION CONFERENCE</u>** |

In light of the pending motion to stay, the Early Neutral Evaluation Conference presently scheduled for June 30, 2008 at 10:00 a.m. is **VACATED** until further notice of the Court has been given.

**IT IS SO ORDERED.**

DATED: June 24, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:
HONORABLE JOHN A. HOUSTON, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD