UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., a California Corporation, and THE UNITED STATES OF AMERICA for the use and benefit of PALOMAR GRADING AND PAVING, INC. | Civil No.08cv521 JAH (WMc) |
| | **ORDER VACATING HEARING** |
| Plaintiff, | |
| v. | |
| WESTERN INSURANCE COMPANY AND CORNERSTONE BUILDING GROUP, | |
| Defendants. | |
| AND RELATED CROSS-CLAIM AND THIRD PARTY COMPLAINT | |

After careful review of the parties' submissions, the Court deems Defendant Cornerstone Building Group's motion to compel arbitration and stay action (Doc. No. 10) suitable without oral argument. <u>See</u> CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED Defendant's motion is taken under submission without oral argument and the hearing set for June 30, 2008 is **VACATED.** The Court will issue an order in due course.

DATED:  June 24, 2008

JOHN A. HOUSTON
United States District Judge

08cv521