UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR GRADING AND PAVING, INC., a California Corporation, and THE UNITED STATES OF AMERICA for the use and benefit of PALOMAR GRADING AND PAVING, INC.<br><br>Plaintiff,<br>v.<br><br>WESTERN INSURANCE COMPANY AND CORNERSTONE BUILDING GROUP,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM AND THIRD PARTY COMPLAINT | Civil No. 08cv521 JAH (WMc)<br><br>**AMENDED ORDER VACATING HEARING** |

After careful review of the parties' submissions, the Court deems Defendant Cornerstone Building Group's motion to compel mediation and stay action (Doc. No. 10) suitable without oral argument. <u>See</u> CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED Defendant's motion is taken under submission without oral argument and the hearing set for June 30, 2008 is **VACATED**. The Court will issue an order in due course.

DATED: June 24, 2008

JOHN A. HOUSTON
United States District Judge

08cv521