| | | |
|---|---|---|
| **Attorney or Party without Attorney:**<br>FAUX LAW GROUP<br>1540 W. WARM SPRINGS ROAD SUITE 100<br>HENDERSON, NV 89014<br>*Telephone No:* 702 458-5790     *FAX No:* 702 458-5794<br>larias@fauxlaw.com<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>5666-69 | **For Court Use Only**<br><br>FILED<br>08 JUL -7 PM 3:40<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>DEPUTY |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Southern District Of California

*Plaintiff:* PALOMAR GRADING AND PAVING
*Defendant:* WESTERN INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL ACTI | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV521 JAH WHc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; WESTERN INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT, CROSS-CLAIM, AND THIRD PARTY COMPLAINT

3. a. *Party served:*                BARNHART - CORNERSTONE, A CALIFORNIA CORPORATION

4. *Address where the party was served:*     3590 KETTNER BLVD.
   SAN DIEGO, CA 92101

5. *I served the party:*
   b. **by substituted service.** On: Thu., Jun. 19, 2008 at: 1:42PM by leaving the copies with or in the presence of:
   LILLY DIAZ, PERSON IN CHARGE
   (1) **(Business)** Authorized to Accept the Service of Process. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BARNHART - CORNERSTONE
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVE LARSEN                           d. **The Fee for Service was:** $69.50
   
   www.kernlegal.com                         e. I am: (3) registered California process server
   KERN LEGAL SERVICES                           (i)  Owner
   1614 W. Temple Street, Los Angeles CA 90026   (ii) *Registration No.:*   886
   (213) 483-4900 • Fax: (213) 483-7777          (iii) *County:*           SAN DIEGO
   Professional Legal Services and Photocopying at an affordable price!

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jun. 24, 2008

   Judicial Council Form POS-010            PROOF OF SERVICE             (DAVE LARSEN)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL ACTIO                    1043.81675

| Attorney or Party without Attorney:<br>FAUX LAW GROUP<br>1540 W. WARM SPRINGS ROAD SUITE 100<br>HENDERSON, NV 89014<br>Telephone No: 702 458-5790   FAX No: 702 458-5794<br>larias@fauxlaw.com<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.:<br>5666-69 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |
| Plaintiff: PALOMAR GRADING AND PAVING |
| Defendant: WESTERN INSURANCE COMPANY |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV521 JAH WHc |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; WESTERN INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT, CROSS-CLAIM, ANDTHIRD PARTY COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., Jun. 20, 2008
   b. Place of Mailing:        LOS ANGELES, CA 90026
   c. Addressed as follows:    BARNHART - CORNERSTONE, A CALIFORNIA CORPORATION
                               3590 KETTNER BLVD.
                               SAN DIEGO, CA 92101

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jun. 20, 2008 in the ordinary course of business.

5. *Person Serving:*                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTINA PATINI                                       d. *The Fee for Service was:* $69.50
   b. KERN LEGAL SERVICES, INC.                              e. I am: Not a process server
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Jun. 24, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(CHRISTINA PATINI)

1043.81675