| Attorney or Party without Attorney: <br> FAUX LAW GROUP <br> 1540 W. WARM SPRINGS ROAD SUITE 100 <br> HENDERSON, NV 89014 <br> Telephone No: 702 458-5790   FAX No: 702 458-5794 <br> larias@fauxlaw.com <br> Attorney for: Plaintiff | ORIGINAL <br><br> Ref. No. or File No.: <br> 5666-69 | For Court Use Only <br><br> FILED <br> 08 JUL -7 PM 3:41 <br> U.S. DISTRICT COURT <br> DISTRICT OF CALIFORNIA <br> DEPUTY |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of California

Plaintiff: PALOMAR GRADING AND PAVING
Defendant: WESTERN INSURANCE COMPANY

| PROOF OF SERVICE SUMMONS IN A CIVIL ACTI | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CV521 JAH WHc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; WESTERN INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT, CROSS-CLAIM, AND THIRD PARTY COMPLAINT

3. a. Party served:      CBG BUILDERS AKA CBG HOME BUILDERS, INC., A CALIFORNIA CORPORATION
   b. Person served:     JENNIFER CHURCHILL, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:     1232 Q. STREET, 1ST FLOOR
   SACRAMENTO, CA 95811

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 19, 2008 (2) at: 9:45AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CBG BUILDERS AKA CBG HOME BUILDERS, INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. SHAWN SARDIA

   www.kernlegal.com
   KERN LEGAL SERVICES
   1614 W. Temple Street, Los Angeles CA 90026
   (213) 483-4900 • Fax: (213) 483-7777
   Professional Legal Services and Photocopying at an affordable price!

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $69.50
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    2008-5
      (iii) County:              SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jun. 24, 2008

   (SHAWN SARDIA)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL ACTIO

1043.87673