| Attorney or Party without Attorney:<br>FAUX LAW GROUP<br>1540 W. WARM SPRINGS ROAD SUITE 100<br>HENDERSON, NV 89014<br>Telephone No: 702 458-5790     FAX No: 702 458-5794<br>larias@fauxlaw.com<br>Attorney for: Plaintiff | ORIGINAL<br><br>Ref. No. or File No.:<br>5666-69 | For Court Use Only<br><br>FILED<br><br>08 JUL -7 PM 3: 39<br><br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY_____ DEPUTY |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California |
|---|
| Plaintiff: PALOMAR GRADING AND PAVING |
| Defendant: WESTERN INSURANCE COMPANY |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL ACTI | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV521 JAH WHc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; WESTERN INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT, CROSS-CLAIM, ANDTHIRD PARTY COMPLAINT

3. a. Party served:            ELLIOT - CORNERSTONE, A CALIFORNIA CORPORATION
   b. Person served:           JENNIFER CHURCHILL, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:    3590 KETTNER BLVD.
                                          SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 19, 2008 (2) at: 9:45AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ELLIOT - CORNERSTONE
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. SHAWN SARDIA

   KERN LEGAL SERVICES
   www.kernlegal.com
   1614 W. Temple Street, Los Angeles CA 90026
   (213) 483-4900 • Fax: (213) 483-7777
   Professional Legal Services and Photocopying at an affordable price!

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $69.50
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:  2008-5
      (iii) County:             SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 26, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL ACTION

   (SHAWN SARDIA)

   1043.81674