| *Attorney or Party without Attorney:*<br>FAUX LAW GROUP<br>1540 W. WARM SPRINGS ROAD SUITE 100<br>HENDERSON, NV 89014 | *For Court Use Only* |
|---|---|
| *Telephone No:* 702 458-5790  *FAX: No:* 702 458-5794  *Ref. No or File No.:* 5666-69 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | |
| *Plaintiff:* PALOMAR GRADING AND PAVING<br>*Defendant:* WESTERN INSURANCE COMPANY | |

| **DUE DILIGENCE**<br>SUMMONS IN A CIVIL ACTIO | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV521 JAH WHc |
|---|---|---|---|---|

1. I, GARY STANLEY, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RICHARD OSGOOD as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; WESTERN INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT, CROSS-CLAIM, AND THIRD PARTY COMPLAINT.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/14/08 | 6:55pm | Home | NO ANSWER AT THE DOOR. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Tue | 06/17/08 | 9:08pm | Home | NO ANSWER AT THE DOOR, NO LIGHT, NO MOVEMENT, DOG BARKING INSIDE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Fri | 06/20/08 | 7:41am | Home | NO ANSWER AT RESIDENCE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Mon | 06/23/08 | 8:10pm | Home | NO ANSWER AT RESIDENCE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Fri | 06/27/08 | 5:19pm | Home | NO ANSWER AT RESIDENCE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Tue | 07/01/08 | 8:00am | Home | NO ANSWER AT RESIDENCE. WHITE JEEP OUT FRONT AND DOGS BARKING INSIDE Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Sat | 07/05/08 | 1:19pm | Home | NO ANSWER AT THE DOOR. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Tue | 07/08/08 | 6:40am | Home | NO ANSWER DOG BARKING INSIDE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| FAUX LAW GROUP<br>1540 W. WARM SPRINGS ROAD SUITE 100<br>HENDERSON, NV 89014 | | | | |
| Telephone No: 702 458-5790  FAX No: 702 458-5794 | | Ref. No or File No.:<br>5666-69 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | | | |
| Plaintiff: PALOMAR GRADING AND PAVING | | | | |
| Defendant: WESTERN INSURANCE COMPANY | | | | |
| **DUE DILIGENCE**<br>SUMMONS IN A CIVIL ACTIO | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV521 JAH WHc |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 07/11/08 | 6:40pm | Home | NO ANSWER AT RESIDENCE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Sat | 07/12/08 | 6:18pm | Home | NO ANSWER AT RESIDENCE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Tue | 07/15/08 | 7:48pm | Home | NO ANSWER AT RESIDENCE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Fri | 07/18/08 | 4:30pm | Home | NO ANSWER AT RESIDENCE. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |
| Mon | 07/21/08 | 6:41pm | Home | NEVER AN ANSWER AT RESIDENCE. UNABLE TO SERVE.. Attempt made by: GARY STANLEY. Attempt at: 13158 LOMAS VERDES DRIVE SAN DIEGO CA.. |

3. *Person Executing*
   a. GARY STANLEY
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee* for service was: $69.50
   e. *I am:* (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    914
      (iii) County:              SAN DIEGO

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Page Number 2